IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        CASE NO. 1:96-cr-00005-MP

CLARENCE JOHNSON, JR,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 52, Motion to obtain Credit for Time Served by Clarence Johnson, Jr. On July 18, 1996, defendant Johnson was sentenced to a term of 262 months for possession of firearms and ammunition by a convicted felon. Johnson was subsequently sentenced by the state to a term of 4 years, 8 month, and 24 days. Johnson was released from state custody on May 8, 2000 at which time the federal sentence commenced. Johnson now requests credit toward the federal sentence for time spent in state custody. The Court would like to hear the government's response to defendant's motion. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The government is directed to file a response to defendant's motion to obtain credit for time served in state custody on or before May 30, 2011.

    **DONE AND ORDERED** this <u> 29th</u> day of April, 2011

<i>s/Maurice M. Paul</i><br>
Maurice M. Paul, Senior District Judge