IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO. 1:96-cr-00005-MP

CLARENCE JOHNSON, JR,

    Defendant.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 52, Motion to obtain credit for time served by Clarence Johnson, Jr.  On July 18, 1996, defendant Johnson was sentenced to a term of 262 months for possession of firearms and ammunition by a convicted felon.  Johnson was subsequently sentenced by the state to a term of 4 years, 8 month, and 24 days for the crime of burglary of a dwelling.  Johnson was released from state custody on May 8, 2000 at which time the federal sentence commenced.  Johnson now requests credit toward the federal sentence for time spent in state custody.

    At the Court's request, the government has filed a response to Defendant's motion.  As the government explains, the court has previously expressed its clear intent that the sentences not run concurrent.  These are separate and unrelated offenses and should receive separate and distinct punishments.  Moreover, Defendant's request is a challenge to the government's execution rather than the imposition of his federal sentence, and is therefore not properly brought by motion in the underlying criminal proceedings, but by way of petition for habeas corpus relief under 28 U.S.C. § 2241 and filed in the district of confinement (currently the Middle District of

Florida.) after Defendant's proper exhaustion of administrative remedies.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.  Defendant's motion to obtain credit for time served, Doc. 52, is DENIED.

**DONE AND ORDERED** this  *31st* day of May, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge