# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                       CASE NO. 1:96-cr-00005-MP-GRJ

CLARENCE JOHNSON, JR,

    Defendant.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 13, 2013. (Doc. 59). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendant's petition for time served in state custody (doc. 58) is DENIED.

**DONE AND ORDERED** this  *14th* day of March, 2013

                                                  *s/Maurice M. Paul*
                                                  Maurice M. Paul, Senior District Judge